### PETERS v. EMPIRE LIFE INS. CO.

### ULLMAN v. SAME.

#### (Supreme Court, Appellate Term. November 10, 1904.)

1. INSURANCE POLICIES—LIMITATIONS—WAIVER.

    An insurance company, by writing letters to holders of policies holding out a reasonable inference that claims thereunder will be adjusted waives the limitation provided by the policies as to the time for bringing suit.

Appeal from Municipal Court, Borough of Manhattan, Twelfth District.

Two actions—one by Nathan Peters, and the other by Caroline Ullman—against the Empire Life Insurance Company. From judgments for plaintiffs, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and FITZGERALD, JJ.

Blandy, Mooney & Shipman, for appellant.

Wilson Lee Cannon, for respondents.

PER CURIAM. We are of the opinion that the defendant herein, by reason of its letters of February 4 and 5, 1904, written to each of the plaintiffs in these cases, holding out to them the reasonable inference that these claims would be adjusted, waived the limitation imposed by the terms of its policy as to the time within which suit must be brought, and is estopped from setting up such clause in the policy as a bar to these actions.

Judgments affirmed, with costs.

¶ 1. See Insurance, vol. 28, Cent. Dig. §§ 1551, 1553,